SUNDAY CREEK CO. v. UNITED STATES.·

(Circuit Court of Appeals, Sixth Circuit. February 3, 1914.)

No. 2353.

In Error to the District Court of the United States for the Western Division of the Northern District of Ohio; John M. Killits, Judge.

The Sunday Creek Company was convicted of soliciting and accepting discriminatory rates·from a railroad company (194 Fed. 252), and it brings error. Affirmed.

W. O. Henderson, of Columbus, Ohio, for plaintiff in error.

U. G. Denman, U. S. Atty., and John S. Pratt, Asst. U. S. Atty., both of Toledo, Ohio.

Before KNAPPEN and DENISON, Circuit Judges, and COCHRAN, District Judge.

DENISON, Circuit Judge. The Sunday Creek Company was indicted for soliciting and accepting the same rates and discrimination from the Hocking Valley Railway Company for giving which the latter company was indicted in case No. 2351 (210 Fed. 735, 127 C. C. A. 285), decided herewith. The fine imposed, $20,000, was the amount authorized on one count. The questions raised are substantially the same as those considered and disposed of in No. 2351, and, for the reasons there stated, the judgment in this case is affirmed.